UNITED STATES DISTRICT COURT
SOUTHERN  DISTRICT OF FLORIDA

CASE NO. 21-20589-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA

v.

JUAN CARLOS GONZALEZ PEREZ ,

     Defendant.

_____/

<u>NOTICE OF TEMPORARY APPEARANCE</u>

NOTICE  IS HEREBY GIVEN that Silvia B. Piñera-Vazquez, Esq., and the law firm of PIÑERA-VAZQUEZ, P.A., enter a temporary appearance as counsel for the defendant JUAN CARLOS GONZALEZ  PEREZ, in this cause.

Respectfully submitted,

PIÑERA-VAZQUEZ LAW FIRM
901 Ponce De Leon Blvd
Suite 400
Coral Gables, Fl. 33134
Tel:  (305) 443-0629
Fax: (305) 377-3030

  /s/ Silvia B. Piñera-Vazquez
Silvia B. Piñera-Vazquez
Florida Bar Number 821527
sbp@pineravazquezlaw.com

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 16, 2026 the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.


       /s/ Silvia B. Piñera-Vazquez
       Silvia B. Piñera-Vazquez, Esq.